1

2

3

4

5                            UNITED STATES DISTRICT COURT

6                                  DISTRICT OF NEVADA

7                                          -oOo-

8

9    UNITED STATES OF AMERICA          )
                                       )          2:09-CR-00468-PMP-PAL
10                     Plaintiff,      )
                                       )
11   vs.                               )          **ORDER**
                                       )
12   MAX MILTON,                       )
                                       )
13                     Defendants.     )
                                       )
14   ─────────────────────────────────)

15          Before the Court for consideration is Defendant Max Milton's

16   Motion to Suppress Statements (Doc. #13), filed on November 24, 2009, and

17   Amended Motion to Suppress Statements (Doc. #16) filed December 12, 2009.  On

18   February 9, 2010, the Honorable Peggy A. Leen United States Magistrate Judge,

19   entered a Report of Findings and Recommendation (Doc. #22) recommending that

20   Defendant's Motion to Suppress Statements (Doc. #13) and Defendant's Amended

21   Motion to Suppress Statements (Doc. #16) should be denied.

22          On February 26, 2010, Defendant Milton filed an Objection to the Report

23   of Findings and Recommendation (Doc. #24).  On March 3, 2010, the Government

24   filed their Reply (Doc. #27).

25          The Court has conducted a de novo review of the record in this case in

26   accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that

Magistrate Judge Leen's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Defendant's Objections (Doc. #24) are Overruled and Magistrate Judge Leen's Report of Findings and Recommendation (Doc. #22) are Affirmed and Defendant Max Milton's Motion to Suppress Statements (Doc. #13) and Amended Motion to Suppress Statements (Doc. #16) are hereby **DENIED**.

DATED:  March 4, 2010.

_____
PHILIP M. PRO
United States District Judge