UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>MAX MILTON,<br><br>          Defendant. | 2:09-CR-468-PMP (PAL) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on December 1, 2010, defendant MAX MILTON pled guilty to a One-Count Criminal Indictment charging him with Coercion and Enticement, in violation of Title 18, United States Code, Section 2422(b).

This Court finds defendant MAX MILTON agreed to the forfeiture of property set forth in the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Memorandum and the offense to which defendant MAX MILTON pled guilty.

The following asset are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1), and (a)(3):

    a.    Silver iPod Touch with partial serial number ending in "414N";

    b.    Silver Fantom 1TB External HD, serial number SE9185647, with power supply;

    c.    Silver Coolmax 80GB External HD, serial number WXE906211686;

|   |   |   |
|---|---|---|
| 1 | d. | Two (2), black in color, HP portable storage USB devices; |
| 2 | e. | Maxtor 80 GB hard drive, serial number 5LS6CB8L; |
| 3 | f. | Maxtor 160GB hard drive, serial number 5LS6X8FE; |
| 4 | g. | Hitachi 250 GB hard drive, serial number R73V82BY; |
| 5 | h. | Fujitsu 80GB hard drive, serial number 2DN101JCT1A05T; and |
| 6 | I. | any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained ("property"). |

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of MAX MILTON in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __ 2nd day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Karen Michelini, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on December 1, 2010 by the below identified method of service:

Electronic Mail:

Gabriel L. Grasso
Gabriel L. Grasso, P.C.
231 South Third Street, Suite 100
Las Vegas, Nevada 89101
gabriel@grassodefense.com
*Counsel for Max Milton*

Michael Pariente
The Pariente Law Firm, P.C.
339 South Third Street, Suite 1075
Las Vegas, Nevada 89101
michael@parientelaw.com
*Counsel for Max Milton*

/s/ Karen Michelini
Karen Michelini
Forfeiture Support Associate Paralegal