FILED
MAR 07 2011
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                         )<br>              Plaintiff,                          )<br>                                                         )<br>       v.                                              )<br>                                                         )<br> MAX MILTON,                                  )<br>                                                         )<br>              Defendant.                       ) | 2:09-CR-468-PMP (GWF) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT MAX MILTON

On December 2, 2010 (Docket #55), this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1), and (a)(3) forfeiting property of defendant MAX MILTON to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant MAX MILTON.

DATED this __7__ day of __May__, 2011.

_____
UNITED STATES DISTRICT JUDGE