# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　v. 　　　　　　　　　　　　　　)　　2:09-CR-468-PMP (GWF)<br>　　　　　　　　　　　　　　　　　)<br>MAX MILTON, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. 　　　　　　) | |

## FINAL ORDER OF FORFEITURE

On December 2, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(1) and (a)(3), based upon the plea of guilty by defendant MAX MILTON to a criminal offense, forfeiting specific property agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant MAX MILTON pled guilty.  Docket #53, #55, #56.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 2, 2011, through August 31, 2011, notifying all third parties of their right to petition the Court.  #61.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1    This Court finds no petitions are pending with regard to the assets named herein and the time
2 for presenting such petitions has expired.
3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6 32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States
7 Code, Section 853(n)(7) and shall be disposed of according to law:
8    a.    Silver iPod Touch with partial serial number ending in "414N";
9    b.    Silver Fantom 1 TB External HD, serial number SE9185647 with power supply;
10   c.    Silver Coolmax 80GB External HD, serial number WXE906211686;
11   d.    Two (2), black in color, HP portable storage USB devices;
12   e.    Maxtor 80 GB hard drive, serial number 5LS6CB8L;
13   f.    Maxtor 160GB hard drive, serial number 5LS6X8FE;
14   g.    Hitachi 250 GB hard drive, serial number R73V82BY;
15   h.    Fujitsu 80GB hard drive, serial number 2DN101JCT1A05T; and
16   i.    Any book, magazine, periodical, film, videotape, or other matter which contains any
17        such visual depiction, which was produced, transported, mailed, shipped, or received;
18        computer images, including movie and still image files, depicting a minor engaging
19        in sexually explicit conduct and the diskettes and hard drives on which they are
20        maintained ("property").
21    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
22 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
23 as any income derived as a result of the United States of America's management of any property
24 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
25 according to law.
26    . . .

1 | The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 | certified copies to the United States Attorney's Office.
3 | DATED this _ 17th day of January, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE