RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Max Milton

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00468-JCM-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Second Request) |
| MAX MILTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Max Milton, that the Revocation Hearing currently scheduled on May 12, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Milton's supervising probation officer has advised that Mr. Milton's electronic devices are still pending forensic review. The results of that forensic review may impact negotiations in this matter.

2.      The parties require additional time to negotiate this matter and defense counsel requires additional time to conduct investigation and discuss Mr. Milton's legal options with him.

3.      The defendant is in custody and agrees with the need for the continuance.

4.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 7th day of May, 2025.


RENE L. VALLADARES                          SIGAL CHATTAH
Federal Public Defender                      United States Attorney


By /s/ Joy Chen                              By /s/ Joshua Brister

JOY CHEN                                     JOSHUA BRISTER
Assistant Federal Public Defender            Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00468-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| MAX MILTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, May 12, 2025 at 10:00 a.m., be vacated and continued to **Wednesday, June 11, 2025,** at the hour of **10:30 a.m.**; or to a time and date convenient to the court.

DATED May 9, 2025.

_____
UNITED STATES DISTRICT JUDGE

3