RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Max Milton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>MAX MILTON,<br><br>     Defendant. | Case No. 2:09-cr-00468-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Max Milton, that the Revocation Hearing currently scheduled on June 11, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

  This Stipulation is entered into for the following reasons:

  1. Mr. Milton's supervising probation officer has advised that Mr. Milton's electronic devices are still pending forensic review. The results of that forensic review may impact negotiations in this matter.

2. The parties require additional time to negotiate this matter and defense counsel requires additional time to conduct investigation and discuss Mr. Milton's legal options with him.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 2nd day of June, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Joshua Brister<br>JOSHUA BRISTER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>MAX MILTON,<br><br>       Defendant. | Case No. 2:09-cr-00468-JCM-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, June 11, 2025 at 10:30 a.m., be vacated and continued to Wednesday, September 10, 2025, at the hour of 10:00 a.m.

DATED June 4, 2025.

_____
UNITED STATES DISTRICT JUDGE

3