RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Max Milton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAX MILTON,<br><br>　　　　　Defendant. | Case No. 2:09-cr-00468-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Max Milton, that the Revocation Hearing currently scheduled on September 10, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Mr. Milton's electronic devices are still pending forensic review. The results of that forensic review will impact whether a new indictment is filed arising from the allegations in the petition and will also impact negotiations in this matter.

2. The parties require additional time to negotiate this matter and defense counsel requires additional time to conduct investigation and discuss Mr. Milton's legal options with him.

3. The defendant is in custody.

4. The parties agree to the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED June 20, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAX MILTON,<br><br>    Defendant. | Case No. 2:09-cr-00468-JCM-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 10, 2025 at 10:00 a.m., be vacated and continued to **December 10, 2025, at the hour of 10:00 a.m.**; or to a time and date convenient to the court.

   DATED August 25, 2025.

_____
UNITED STATES DISTRICT JUDGE